COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| HECTOR CALDERON, | § | No. 08-08-00265-CV |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 394th District Court |
|  | § |  |
| ROY B. FERGUSON and | § | of Jeff Davis County, Texas |
| PENE S. FERGUSON, | § |  |
|  |  | (TC #2237) |
| Appellees. | § |  |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. The joint motion does not state the parties have agreed regarding the assessment of costs. Accordingly, we assess costs against Appellant. *See* TEX.R.APP.P. 42.1(d) (absent agreement of the parties, the court will tax costs against the appellant).


May 28, 2010
_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.), sitting by assignment